UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MALIK SHAKUR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-25-251-R |
| ) | |
| MERIT SYSTEMS PROTECTION BOARD, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Malik Shakur filed a petition with the United States Court of Appeals for the Federal Circuit seeking to appeal from a Merit Systems Protection Board decision. The Federal Circuit found that it lacked jurisdiction to resolve Mr. Shakur's petition because it included both discrimination and nondiscrimination claims and transferred the matter to this Court [Doc. No. 1]. In "mixed" cases such as this, where the Petitioner seeks review of both discrimination and nondiscrimination claims, the court will review the discrimination claims de novo and the nondiscrimination claims on the administrative record. *Williams v. Rice*, 983 F.2d 177, 180 (10th Cir. 1993).

Petitioner's claims are currently set forth across multiple documents included in an attachment spanning hundreds of pages. Accordingly, Petitioner is directed to file an amended complaint reasserting all his claims, both discriminatory and nondiscriminatory, in a manner that complies with Fed. R. Civ. P. 8(a). Petitioner may access instructions, forms, and other important information, including links to this Court's local rules and the

Federal Rules of Civil Procedure, at https://www.okwd.uscourts.gov/self-representation.

Petitioner shall file his amended complaint on or before March 21, 2025.

IT IS SO ORDERED this 5th day of March, 2025.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE