UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MALIK SHAKUR, ) ) Plaintiff, ) ) v. ) Case No. CIV-25-251-R ) DEPARTMENT OF THE AIR FORCE, ) et al., ) ) Defendant. ) | |

## ORDER

Before the Court is Plaintiff's "Motion 60(b)(6) Relief from Finality of Order" [Doc. No. 13]. Plaintiff previously filed a motion for post-judgment relief under Rule 60, which the Court denied. *See* Order of Dec. 1, 2025 [Doc. No. 12].

"Rule 60(b) relief 'is extraordinary and may only be granted in exceptional circumstances.'" *Zurich N. Am. v. Matrix Serv., Inc.*, 426 F.3d 1281, 1289 (10th Cir. 2005) (quoting *Servants of Paraclete v. Does*, 204 F.3d 1005, 1009 (10th Cir. 2000)). Obtaining relief under Rule 60(b)(6), as Plaintiff seeks to do here, "is even more difficult to attain and is appropriate only 'when it offends justice to deny such relief.'" *Yapp v. Excel Corp.*, 186 F.3d 1222, 1232 (10th Cir. 1999) (quoting *Cashner v. Freedom Stores, Inc.*, 98 F.3d 572, 580 (10th Cir.1996)). Plaintiff's motion re-urges arguments that have been previously rejected and fails to identify any exceptional circumstances that would warrant the relief he seeks.

Accordingly, Plaintiff's motion is denied.

IT IS SO ORDERED this 8th day of January, 2026.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE